UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

TJW FAMILY FOODS LLC,
d/b/a JoJo's Philosophy.,

Chapter 11

Case No. 19 - 40128   (   )

Debtor.
-----------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Joanna Peri Katz, duly sworn, depose and say:

1. I am the President of TJW Family Foods LLC d/b/a JoJo's Philosophy. (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this Affidavit in accordance with the E.D.N.Y. Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding.

3. The Debtor operates a restaurant bar located at 169 Bleecker Street, New York, NY 10012. The Debtor was incorporated on September 13, 2016 and the Debtor's books and records are located at 3836 Flatlands Avenue, Brooklyn, NY 11234,

4. The Debtor is filing a voluntary petition under Chapter 11 of the Bankruptcy Code due to a pending eviction proceeding with respect to disputed rent arrears.

5. I have 100% of the ownership interest as president in the Debtor.

6. A list of the Debtor's top twenty (20) largest unsecured creditors is annexed hereto as **Exhibit "A"**.

7. Currently, the estimated average monthly revenue is about $ $0-10,000. The Debtor has 12 employees, and the estimated average monthly payroll is approximately $30,000, including payroll taxes. The other expenses are as follows:

    a. Officer compensation: $ 0 per month

    b. Estimated Cost of Goods Sold: about $ 100,000.00 a month

    c. Estimated Operating expenses, incl. rent: about $ 90,000 a month

8. All required schedules, if not filed with the voluntary petition on the date of filing, will be filed within fourteen (14) days of the date filing the Debtor's voluntary petition, which will provide a list of the Debtor's assets, secured creditors and other information required.

Dated: New York, New York
December 20, 2018

By: Joanna Peri Katz

Sworn to before me this ____ day of December 2018

_____
Notary Public

LAWRENCE F. MORRISON
Notary Public, State of New York
Registration #02MO6059654
Qualified In New York County
Commission Expires July 28, 2019